IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANPOWER INC.,

    Plaintiff,

No. 2:12-cv-01069 JAM KJN

    v.

SLINGSHOT CONNECTIONS LLC;
JANIS SONNEMAN; AND THEREZA
CHATTMON,

    Defendants.

ORDER SETTING HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY

/

    Plaintiff commenced this action on April 23, 2012, and on April 26, 2012, filed an ex parte application seeking leave to conduct expedited discovery on the named defendants (Dkt. No. 6).[1]  Plaintiff requests a hearing on its ex parte application, but has not proposed a specific hearing date.  None of the named defendants has appeared in the action, but plaintiff represents that it provided notice of the ex parte application to all defendants by hand delivering a copy of the application to the offices of SlingShot Connections LLC on April 26, 2012.  (Ex Parte Appl, at 3; see also Proof of Service, Dkt. No. 6, Doc. No. 6-5.)  However, the undersigned notes that plaintiff's Proof of Service is unsigned.

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

1

In any event, the undersigned sets plaintiff's ex parte application for leave to conduct expedited discovery for a hearing that will take place on May 17, 2012, at 10:00 a.m., in Courtroom 25.[2]  A briefing schedule on plaintiff's ex parte application is set forth below.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's ex parte application seeking leave to conduct expedited discovery (Dkt. No. 6) shall be heard by the undersigned on May 17, 2012, at 10:00 a.m., in Courtroom 25.

2. **Plaintiff shall serve a copy of this order on each named defendant no later than May 1, 2012.  No later than May 3, 2012, plaintiff shall file a written notice with the court confirming such service.**

3. Defendants may file an opposition or other response to plaintiff's ex parte application no later than May 8, 2012.

4. Plaintiff may file a reply brief, not to exceed five pages in length, no later than May 10, 2012.

5. The court is strongly disinclined to grant any application by plaintiff's counsel to appear at the May 17, 2012 hearing by telephone.

IT IS SO ORDERED.

DATED: April 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff also noticed a July 11, 2012 hearing on plaintiff's motion for a preliminary injunction, to be heard by United States District Judge John A. Mendez (Dkt. No. 7).

2