**PAHL & McCAY**
A Professional Corporation
**Stephen D. Pahl, Esq.**  (State Bar No. 95900)
**Sonia S. Shah, Esq.**  (state Bar No. 200709)
**Helene A. Simvoulakis-Panos, Esq.**  (State Bar No. 256334)
225 West Santa Clara Street
Suite 1500
San Jose, California  95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722
Email**:** spahl@pahl-mccay.com
sshah@pahl-mccay.com
hsimvoulakis@pahl-mccay.com

Attorneys for Defendants
SLINGSHOT CONNECTIONS LLC, JANIS
SONNEMAN and THEREZA CHATTMON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MANPOWER, INC., | Case No. 12-01069 JAM KJN |
| Plaintiffs, | **STIPULATION TO CONTINUE DATE OF HEARING ON EX PARTE APPLICATION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY** |
| v. | |
| SLINGSHOT CONNECTIONS LLC, JANIS SONNEMAN, AND THEREZA CHATTMON, | |
| | **ORDER [PROPOSED]** |
| Defendants. | Date: May 17, 2012
Time: 10:00 a.m.
Courtroom: 25
Judge: Hon. Kendall J. Newman

Action Filed: April 23, 2012
Trial Date:  TBA |

Plaintiff MANPOWER, INC. ("Plaintiff") and Defendants SLINGSHOT CONNECTIONS LLC, JANIS SONNEMAN and THEREZA CHATTMON (collectively "Defendants"), by and through their counsel of record, hereby stipulate to continue the hearing date on Plaintiff's Ex Parte Application for Leave to Conduct Expedited Discovery against

-------------- 1 --------------
**STIPULATION TO CONTINUE DATE OF HEARING . . .**          (Case No.12-01069 JAM KAN)

Pahl & McCay
A Professional Corp
225 W Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

3937-002
00255126.DOC

Defendants in the above-captioned matter from May 17, 2012 at 10:00 a.m. to May 21, 2012 at 2:00 p.m., due to the fact that counsel for Defendants, Stephen D. Pahl, is currently in trial and is expected to be in trial on another matter in Santa Clara County Superior Court on May 17, 2012.

IT IS FURTHER STIPULATED that this Stipulation may be executed in counterparts, each of which shall be deemed an original, and which together shall constitute a single Stipulation. Once the original of this Stipulation has been duly executed, a copy thereof shall be valid for all purposes.

DATED: May 16, 2012                    PAHL & McCAY
                                       A Professional Corporation


                                       By: _____
                                           Helene A. Simvoulakis

                                           Attorneys for Defendants
                                           SLINGSHOT CONNECTIONS LLC, JANIS
                                           SONNEMAN and THEREZA CHATTMON


DATED:  May 16, 2012                   MCGUIRE WOODS LLP


                                       By: _____
                                           Michael R. Phillips
                                           Attorneys for Plaintiff
                                           MANPOWER, INC.


*ORDER CONTINUED ON NEXT PAGE*

**Pahl & McCay**
A Professional Corp
225 W Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

3937-002
00255126.DOC

--------------                          2                          --------------
**STIPULATION TO CONTINUE DATE OF HEARING . . .**                (Case No.12-01069 JAM KAN)

# ORDER

Based on the Stipulation of the parties,[1] and good cause appearing therefore:

IT IS HEREBY ORDERED that the hearing on Plaintiff's Ex Parte Application for Leave to Conduct Expedited Discovery against Defendants in the above-captioned matter shall be continued from May 17, 2012, at 10:00 a.m., to May 21, 2012, at 2:00 p.m., in Courtroom 25.

**Date: 5/16/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN:nkd

---

[1] An executed version of the parties' stipulation appears on the court's docket at entry number 21.

**STIPULATION TO CONTINUE DATE OF HEARING . . .**    -------------- 3 --------------    (Case No.12-01069 JAM KAN)

Pahl & McCay
A Professional Corp
225 W Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

3937-002
00255126.DOC