UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPOWER INC.,<br><br>         Plaintiff,<br><br>    vs.<br><br>SLINGSHOT CONNECTIONS LLC,<br>JANIS SONNEMAN AND THEREZA<br>CHATTMON,<br><br>         Defendants | CASE NO. 2:12-cv-01069-JAM-KJN<br><br>**[PROPOSED] ORDER ON *EX PARTE*****<br>APPLICATION FOR LEAVE TO FILE<br>THIRD DECLARATION OF ERIK<br>THOMPSON IN SUPPORT OF MOTION<br>FOR PRELIMINARY INJUNCTION AND<br>*EX PARTE* APPLICATION FOR LEAVE<br>TO CONDUCT EXPEDITED DISCOVERY** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Before the Court is Plaintiff's *Ex Parte* Application for Leave to File the Third Declaration of Erik Thompson in Support of Motion for Preliminary Injunction and *Ex Parte* Application for Leave to Conduct Expedited Discovery.  The Court finds good cause to permit the filing of the Declaration.  The Third Declaration of Erik Thompson shall be deemed filed as of May 16, 2012.

IT IS SO ORDERED

**Date:  5/17/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE