IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANPOWER INC.,

        Plaintiff,                            No. 2:12-cv-01069 JAM KJN

    v.

SLINGSHOT CONNECTIONS LLC;
JANIS SONNEMAN; AND THEREZA
CHATTMON,

        Defendants.                     <u>ORDER</u>

        On June 7, 2012, at approximately 2:30 p.m., the undersigned conducted an informal telephone conference at the parties' request, addressing an issue arising from the court's May 23, 2012 order granting plaintiff leave to conduct limited, expedited discovery.[1] (Order, May 23, 2012, Dkt. No. 29.) The dispute concerns plaintiff's request for access to defendant Thereza Chattmon's iPhone-style smartphone for the purpose of conducting forensic discovery. Attorneys Joel H. Spitz and Michael R. Phillips appeared on plaintiff's behalf. Attorney Sonia Shah appeared on Ms. Chattmon's behalf.

////

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

1

As stated during the telephone conference, IT IS HEREBY ORDERED that:

1. On or before June 14, 2012, at 5:30 p.m., Ms. Chattmon shall provide plaintiff with a declaration signed under penalty of perjury that addresses the following topics:

   a. Whether Ms. Chattmon emailed documents belonging to Manpower, Inc. to, or stored or stores such documents on, the subject iPhone;

   b. Whether Ms. Chattmon used the subject iPhone to operate email accounts other than the "personal gmail account" and "Slingshot gmail account" to which plaintiff already has access; and

   c. Whether, and the manner in which, the subject iPhone and her email accounts or personal computers "synchronize" with or update one another, e.g., whether an action performed on the subject iPhone effectuates the same action in an associated email account or personal computer, and vice-versa.

2. If plaintiff remains concerned about access to the subject iPhone after receipt of Ms. Chattmon's declaration, plaintiff's counsel shall meet and confer with Ms. Chattmon's counsel about the dispute. Plaintiff may thereafter contact the undersigned's Courtroom Deputy to arrange another informal discovery conference, or set the matter for a formal hearing. Prior to the calendaring of any formal hearing, however, plaintiff shall obtain a declaration from its "IT" consultant substantiating plaintiff's concerns.

IT IS SO ORDERED.

DATED: June 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE