UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MANPOWER INC., <br><br> Plaintiff, <br><br> v. <br><br> SlingShot Connections LLC, Janis Sonneman, and Thereza Chattmon, <br><br> Defendants | CASE NO. 2:12-cv-01069-JAM-KJN <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

### ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Plaintiff Manpower Inc.'s ("Manpower") Unopposed Motion for Leave to File First Amended Complaint (the "Motion") is before the Court. Pursuant to the stipulation of the parties, and for good cause shown, the Motion is GRANTED  Manpower, by its counsel, is directed to electronically file the First Amended Complaint attached as an exhibit to its Motion within seven (7) days of this Order.

IT IS SO ORDERED

Dated: August 1, 2012

                                   /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

\39887072.1

PDF created with pdfFactory trial version www.pdffactory.com