**MCGUIREWOODS LLP**
Matthew C. Kane, Esq. (SBN 171829)
    Email:  mkane@mcguirewoods.com
Sabrina A. Beldner, Esq. (SBN 221918)
    Email:  sbeldner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:  (310) 315-8200
Facsimile:   (310) 315-8210

Joel H. Spitz, Esq. (*Pro Hac Vice*, Ill Bar No. 6204522)
    Email:  jspitz@mcguirewoods.com
Michael R. Phillips, Esq. (*Pro Hac Vice*, Ill Bar No. 6225845)
    Email:  mphillips@mcguirewoods.com
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone:    (312) 849-8100
Facsimile:     (312) 849-3690

Attorneys for Plaintiff MANPOWER INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MANPOWER INC., <br><br> Plaintiff, <br><br> v. <br><br> SlingShot Connections LLC, Janis Sonneman, Thereza Chattmon, and Maritess Pineda Sagon, <br><br> Defendants | CASE NO. 2:12-cv-01069-JAM-KJN <br> **[PROPOSED] ORDER ON PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

Plaintiff Manpower Inc. ("Manpower") has requested leave to file the Sealed Declaration of Jennifer Hwang and the Sealed Declaration of David D. Leishman and exhibits thereto under seal, which are consecutively paginated as pages 1 through 28.  Manpower's request is unopposed. Pursuant to Local Rule 141, the request is GRANTED.  Manpower is directed to e-mail, within three (3) business days, to the Clerk of Court, at ApprovedSealed@caed.uscourts.gov, in .pdf

1

1  format, copies of the Sealed Declaration of Jennifer Hwang and the Sealed Declaration of David
2  D. Leishman and exhibits thereto.  The Clerk of Court is directed to file the documents under seal,
3  available only to the Court, its personnel, and counsel of record in this case.  The documents shall
4  remain sealed until further Order of this Court.
5         IT IS SO ORDERED
6  **Date:  8/17/2012**
7                                                         _____
                                                           KENDALL J. NEWMAN
8                                                         UNITED STATES MAGISTRATE JUDGE