**PAHL & McCAY**
A Professional Corporation
**Stephen D. Pahl, Esq.**  (State Bar No. 95900)
**Sonia S. Shah, Esq.**  (State Bar No. 200709)
**Helene A. Simvoulakis-Panos, Esq.**  (State Bar No. 256334)
225 West Santa Clara Street
Suite 1500
San Jose, California  95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722
Email**:** spahl@pahl-mccay.com
        sshah@pahl-mccay.com
        hsimvoulakis@pahl-mccay.com

Attorneys for Defendants
 SLINGSHOT CONNECTIONS LLC, JANIS SONNEMAN THEREZA CHATTMON and MARITESS PINEDA SAGON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MANPOWER, INC., | Case No. 12-01069 JAM KJN |
| Plaintiffs, | **ORDER ON DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION** 11 |
| v. | |
| SLINGSHOT CONNECTIONS LLC, et al, | |
| Defendants. | |
| SLINGSHOT CONNECTIONS, LLC, et al, | Date:  September 5, 2012<br>Time: 9:30 a.m.<br>Assigned to:  Hon. John A. Mendez (presiding); Kendall J. Newman (referral) |
| Counterclaimants, | |
| v. | Action Filed: April 23, 2012<br>Trial Date:  TBA |
| MANPOWER, INC., | |
| Counterdefendants. | |

Defendants SLINGSHOT CONNECTIONS LLC, JANIS SONNEMAN, THEREZA CHATTMON, and MARITESS PINEDA SAGON (collectively "Defendants") requested leave of the Court that the following documents be sealed: 1) Objections to Sealed Declaration of

**Pahl & McCay**
A Professional Corp
225 W Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

3937-002
12cv1069.o.SEAL
ING.1.82912.docx

Jennifer Hwang in Support of Plaintiff's Amended Motion for Preliminary Injunction (Docket No. 68); 2) Objections to Sealed Declaration of David D. Leishman in Support of Plaintiff's Amended Motion for Preliminary Injunction (Docket No. 68-1) (collectively the "Objections"); and 3) Declaration of Janis Sonneman in Support of Defendants' Opposition to Plaintiff's Amended Motion for Preliminary Injunction (the "Sonneman Declaration" filed as Attachments 1 through 5 on Docket No. 69).  Plaintiff having stipulated to the said sealing of the afore-mentioned pleadings, Defendants' request is unopposed and is GRANTED pursuant to Local Rule 141.  The Clerk of Court is directed to seal the Objections and the Sonneman Declaration, (Docket No. 68; Attachment 1 to Docket No. 68 and Attachments 1 through 5 of Docket No. 69). The documents shall remain sealed until further Order of this Court.

IT IS SO ORDERED.

Dated:   8/29/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**Pahl & McCay**
A Professional Corp
225 W Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

3937-002
12cv1069.o.SEAL
ING.1.82912.docx