**PAHL & McCAY**
A Professional Corporation
**Stephen D. Pahl, Esq.**  (State Bar No. 95900)
**Sonia S. Shah, Esq.**  (State Bar No. 200709)
**Helene A. Simvoulakis-Panos, Esq.**  (State Bar No. 256334)
225 West Santa Clara Street
Suite 1500
San Jose, California  95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722
Email: spahl@pahl-mccay.com
  sshah@pahl-mccay.com
  hsimvoulakis@pahl-mccay.com

Attorneys for Defendants
SLINGSHOT CONNECTIONS LLC, JANIS
SONNEMAN, THEREZA CHATTMON and
MARITESS PINEDA SAGON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MANPOWER, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>SLINGSHOT CONNECTIONS LLC, et al,<br><br>   Defendants.<br>_____<br>SLINGSHOT CONNECTIONS, LLC, et al,<br><br>   Counterclaimants,<br><br>v.<br><br>MANPOWER, INC.,<br><br>   Counterdefendants. | Case No. 12-01069 JAM KJN<br><br>**STIPULATION REGARDING DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  September 5, 2012<br>Time: 9:30 a.m.<br>Assigned to:  Hon. John A. Mendez (presiding); Kendall J. Newman (referral)<br><br>Action Filed: April 23, 2012<br>Trial Date:  TBA |

Plaintiff/Counter-Defendant MANPOWER, INC. ("Plaintiff") and Defendants SLINGSHOT CONNECTIONS LLC, JANIS SONNEMAN, THEREZA CHATTMON and MARITESS PINEDA SAIGON (collectively "Defendants"), by and through their counsel of

---
1
---
**STIPULATION REGARDING DEFENDANTS' REQUEST TO SEAL . . .**   (Case No.12-01069 JAM KAN)

1  record, hereby stipulate to seal the following documents filed in support of Defendant's
2  Opposition to Plaintiff's Amended Motion for Preliminary Injunction 1) Defendants' Objections
3  to Sealed Declaration of Jennifer Hwang in Support of Plaintiff's Amended Motion for
4  Preliminary Injunction (Docket No. 68); 2) Defendants' Objections to Sealed Declaration of
5  David D. Leishman in Support of Plaintiff's Amended Motion for Preliminary Injunction
6  (Docket No. 68 and Attachment 1 thereto) (collectively, the "Objections"); and 3) the Declaration
7  of Janis Sonneman in Support of Defendants' Opposition to Plaintiff's Amended Motion for
8  Preliminary Injunction (the "Original Sonneman Declaration"- which is Attachments 1 through 5
9  on Docket No. 69).  The Parties' request is based on the fact that the Objections and the
10 Sonneman Declaration quote and/or make reference to the underlying Sealed Declarations of
11 Jennifer Hwang and David D. Leishman (Docket Nos. 65 & 66), which declarations the Court
12 ordered sealed on August 17, 2012 (Docket No. 62).

13    IT IS FURTHER STIPULATED that Plaintiff will not oppose, and in fact, supports
14 Defendants' efforts to seal: 1) Defendants' Objections to Sealed Declaration of Jennifer Hwang
15 in Support of Plaintiff's Amended Motion for Preliminary Injunction; 2) Defendants' Objections
16 to Sealed Declaration of David D. Leishman in Support of Plaintiff's Amended Motion for
17 Preliminary Injunction (collectively the "Sealed Objections"); and 3) Declaration of Janis
18 Sonneman in Support of Defendants' Opposition to Plaintiff's Amended Motion for Preliminary
19 Injunction (the "Sealed Sonneman Declaration").

20    IT IS FURTHER STIPULATED that this Stipulation may be executed in counterparts,
21 each of which shall be deemed an original, and which together shall constitute one fully executed
22 original.

23 DATED: August 29, 2012                    PAHL & McCAY
                                             A Professional Corporation

26                                           By:  _____/S/_____
                                                  Helene A. Simvoulakis
27                                                Attorneys for Defendants
                                                  SLINGSHOT CONNECTIONS LLC, JANIS
                                                  SONNEMAN, THEREZA CHATTMON and
28                                                MARITESS PINEDA SAGON

Pahl & McCay
A Professional Corp
225 W Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

8937-002
00267146.DOC

DATED: August 29, 2012                              MCGUIRE WOODS LLP

By: _____/S/_____
Michael R. Phillips
Attorneys for Plaintiff

MANPOWER, INC.

## ORDER

Based on the Stipulation of the Parties and good cause appearing therefore:

IT IS HEREBY ORDERED:

A.    Defendants' Objections to Sealed Declaration of Jennifer Hwang in Support of Plaintiff's Amended Motion for Preliminary Injunction (Docket No. 68);

B.    Defendants' Objections to Sealed Declaration of David D. Leishman in Support of Plaintiff's Amended Motion for Preliminary Injunction (Attachment 1 to Docket No. 68) (collectively, the "Objections"); and

C.    The Declaration of Janis Sonneman in Support of Defendants' Opposition to Plaintiff's Amended Motion for Preliminary Injunction (Attachments 1 through 5 of Docket No. 69), are hereby ordered sealed.

**IT IS SO ORDERED.**

Dated:  8/30/2012                              /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRIT COURT JUDGE

Pahl & McCay
A Professional Corp
225 W Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

3937-002
00267146.DOC