UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MANPOWER INC., | ) CASE NO. 2:12-cv-01069-JAM-KJN |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION REGARDING** |
| | ) **PRELIMINARY INJUNCTION AND** |
| | ) **ORDER** |
| v. | ) |
| | ) |
| SlingShot Connections LLC, Janis Sonneman, | ) |
| Thereza Chattmon, and Maritess Pineda Sagon, | ) |
| | ) |
| Defendants | ) |
| | ) |

1

## STIPULATION REGARDING PRELIMINARY INJUNCTION AND ORDER

Plaintiff Manpower Inc. ("Manpower") and Defendants SlingShot Connections LLC, Janis Sonneman, Thereza Chattmon, and Maritess Pineda Sagon ("Defendants") (collectively, "the Parties"), by and through their respective counsel and, in the interest of avoiding additional litigation and expense relative to the claims in this action, and without admitting or denying the merits thereof, pending mediation between the Parties, stipulate as follows:

1. IT IS STIPULATED THAT:

a. Defendants will return to Manpower, within ten (10) business days, all hard copies in their possession, custody, or control of any documents generated by Manpower.

b. Defendants will permit independent forensic consultant Digital Blue Solutions ("Digital Blue") to create forensic images of all electronic storage devices that Defendants have previously delivered to Digital Blue (in particular, the five thumb/flash drives received by Digital Blue on July 19, 2012), to the extent such forensic images have not already been created.

c. Defendants will permit Digital Blue to permanently delete, from all electronic storage devices (including e-mail accounts) previously delivered to Digital Blue, in particular, Ms. Chattmon's computer and her three email accounts, and the five thumb drives identified in paragraph 1(b) above, electronic copies of any and all documents generated by Manpower. To the extent any electronic storage devices previously imaged by Digital Blue have been returned to Defendants, Defendants will re-deliver such devices to Digital Blue for this purpose, in particular, Ms. Chattmon's personal computer and her three email accounts and excluding Ms. Chattmon's I-Phone.

d. Defendants will permit Digital Blue to preserve a forensic image of the personal computer belonging to Defendant Maritess Pineda Sagon and to permanently delete from such computer any and all documents created before January 6, 2012.

e. Defendants will permit Digital Blue to preserve a forensic image of all email accounts owned by Defendant Maritess Pineda Sagon and to permanently delete from such email accounts any and all emails sent or received prior to January 6, 2012.

f.    The Western Digital hard drive and Seagate hard drive currently in possession of Digital Blue will be returned to Manpower's expert, Digital Intelligence, who will then delete all documents on both the drives and will confirm, by way of an affidavit to be sent to defense counsel, that all documents on those hard drives have been so deleted.  Defendants' counsel will return to Digital Intelligence, within ten (10) business days, the forensic copy of the Western Digital hard drive currently in Defendants' counsel's possession.  A forensic image of the Seagate Drive will be supplied by Manpower to Digital Blue within ten (10) business days, which forensic image will be held by the latter during the pendency of this lawsuit.

2.    IT IS FURTHER STIPULATED THAT discovery is stayed in this matter pending mediation between the Parties, including but not limited to any outstanding discovery and any pending discovery disputes.

3.    IT IS FURTHER STIPULATED THAT the Parties will meet and confer regarding any issues or disputes relative to the matters set forth in this Stipulation.  To the extent the Parties are not able to resolve such issues amongst themselves, the Parties agree to resolve any such issues through a mutually agreeable mediator.

4.    Plaintiff hereby withdraws without prejudice its Amended Motion for Preliminary Injunction currently scheduled to be heard on Wednesday, September 5, at 9:30 a.m., and such hearing is removed from the Court's calendar.

///
///
///
///
///
///
///
///
///
///

1      5.      Hearing on Manpower's Motion to Dismiss Counterclaims, currently scheduled for

2   September 5 at 9:30 a.m., is continued until Wednesday, November 7, 2012, at 9:30 a.m., or as

3   soon thereafter as the Parties may be heard.

4

5   Dated:   August 31, 2012                    PAHL & McCAY
                                                 A Professional Corporation
6

7

8                                               By:  /s/ Stephen Pahl_____
                                                    Stephen Pahl
9
                                                    Attorneys for Defendants
10                                                  SLINGSHOT CONNECTIONS LLC,
                                                    JANIS SONNEMAN, THEREZA
11                                                  CHATTMON, AND MARITESS
                                                    PINEDA SAGON
12

13  Dated:   August 31, 2012                    McGuireWoods LLP

14

15                                              By:  /s/ Michael R. Phillips_____
                                                    Michael R. Phillips
16

17                                                  Attorneys for Plaintiffs
                                                    Manpower Inc.,
18

19  Based on the Stipulation of the Parties and good cause appearing therefore:

20  IT IS SO ORDERED

21

22  Dated:   9/4/2012

23                                                  /s/ John A. Mendez_____
                                                    HON. JOHN A. MENDEZ
24                                                  UNITED STATES DISTRICT COURT JUDGE

25

26

27  \41783660.2

28

4