**PAHL & McCAY**
A Professional Law Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Sonia S. Shah, Esq.** (State Bar No. 200709)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone: (408) 286-5100
Facsimile: (408) 286-5722

Attorneys for Defendants
SLINGSHOT CONNECTIONS LLC, JANIS SONNEMAN,
THEREZA CHATTMON, AND MARITESS PINEDA SAGON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MANPOWER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SLINGSHOT CONNECTIONS LLC, et al,<br><br>Defendants.<br>_____<br>JANIS SONNEMAN,<br><br>Counterclaimant,<br><br>v.<br><br>MANPOWER, INC.,<br><br>Counterdefendants. | Case No. 12-01069 JAM AC<br><br>**STIPULATION AND ORDER REGARDING STAY OF ACTION PENDING FINAL SETTLEMENT OF DISPUTES**<br><br>**[L.R. 143; Fed. R. Civ. P. 83]**<br><br><br><br><br>Assigned to: Hon. John A. Mendez (presiding); Hon. Allison Claire (referred)<br>Action Filed: April 23, 2012<br>Trial Date: TBA |

### STIPULATION FOR STAY OF ACTION PENDING FINAL SETTLEMENT

Plaintiff Manpower Inc. ("Manpower") and Defendants SlingShot Connections LLC, Janis Sonneman, Thereza Chattmon, and Maritess Pineda Sagon ("Defendants") (collectively, "the Parties"), have entered into an oral agreement settling their dispute in the above-captioned matter. In the interest of avoiding additional litigation and expenses relative to the claims in this action pending finalization of the terms of a written settlement agreement, the Parties, by and through their respective counsel hereby stipulate as follows:

---

Pahl & McCay
A Professional Corp
225 W Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

3937-002
12cv1069.o.13013

1.	IT IS STIPULATED THAT discovery is stayed in this matter, including but not limited to any outstanding discovery on either side and any pending discovery disputes.

2.	Plaintiff MANPOWER, INC. hereby withdraws without prejudice its Motion to Compel Discovery, currently scheduled to be heard on Wednesday, February 20, 2013, at 10:00 a.m., and such hearing is removed from the Court's calendar.

3.	Plaintiff MANPOWER, INC., hereby withdraws without prejudice its Motion to Dismiss, currently scheduled to be heard on Wednesday, March 6, 2013, at 9:30 a.m., and such hearing is removed from the Court's calendar.

Dated: January 30, 2013              PAHL & McCAY
                                     A Professional Corporation


                                     By: _____/S/_____
                                         Sonia S. Shah

                                     Attorneys for Defendants
                                     SLINGSHOT CONNECTIONS LLC,
                                     JANIS SONNEMAN, THEREZA
                                     CHATTMON, AND MARITESS
                                     PINEDA SAGON

Dated: January 30, 2013              McGuireWoods LLP


                                     By: _____/S/_____
                                         Michael R. Phillips

                                     Attorneys for Plaintiffs
                                     Manpower Inc.,

**Pahl & McCay**
A Professional Corp
225 W Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

3937-002
12cv1069.o.13013

---------------  2  ---------------
**STIPULATION AND ORDER REGARDING STAY OF ACTION . . .**                    Case No.12-01069 JAM KAN)

Based on the Stipulation of the Parties and good cause appearing therefore:

**IT IS SO ORDERED** as follows:

1. Discovery is stayed in this matter, including but not limited to any outstanding discovery on either side and any pending discovery disputes;

2. Plaintiff, MANPOWER, INC.'s Motion to Compel Discovery, currently scheduled to be heard on Wednesday, February 20, 2013, at 10:00 a.m., and such hearing is removed from the Court's calendar; and

3. Plaintiff, MANPOWER, INC.'s Motion to Dismiss, currently scheduled to be heard on Wednesday, March 6, 2013, at 9:30 a.m., and such hearing is removed from the Court's calendar.

Dated: 1/30/2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**Pahl & McCay**
A Professional Corp
225 W Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

3937-002
12cv1069.o.13013