**PAHL & McCAY**
A Professional Corporation
**Stephen D. Pahl, Esq.**  (State Bar No. 95900)
**Sonia S. Shah, Esq.**  (State Bar No. 200709)
**Helene A. Simvoulakis-Panos, Esq.**  (State Bar No. 256334)
225 West Santa Clara Street
Suite 1500
San Jose, California  95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722
Email: spahl@pahl-mccay.com
       sshah@pahl-mccay.com
       hsimvoulakis@pahl-mccay.com

Attorneys for Defendants
SLINGSHOT CONNECTIONS LLC, JANIS SONNEMAN, THEREZA CHATTMON and MARITESS PINEDA SAGON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MANPOWER, INC., | Case No. 12-01069 JAM AC |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| v. | |
| SLINGSHOT CONNECTIONS LLC, et al, | |
| Defendants. | |
| SLINGSHOT CONNECTIONS, LLC, et al, | |
| Counterclaimants, | Assigned to: Hon. John A. Mendez (presiding); Hon. Allison Claire (referred) |
| v. | Action Filed: April 23, 2012 |
| MANPOWER, INC., | Trial Date:  TBA |
| Counterdefendants. | |

///

///

///

---
1
---
**Stipulation for Dismissal With Prejudice; Order**        Case No.12-01069 JAM KAN

# STIPULATION FOR DISMISSAL WITH PREJUDICE

Counsel for Plaintiff Manpower Inc. and counsel for Defendants Janis Sonneman, Thereza Chattmon, Maritess Pineda Sagon, and SlingShot Connections LLC, having reached a settlement and without any party claiming to be the prevailing party in this matter, hereby stipulate, pursuant to Rules 41 (a)(2) and 41(c) of the Federal Rules of Civil Procedure, that this matter be dismissed WITH PREJUDICE pursuant to settlement, each party to bear its own costs and attorneys' fees.

Dated: March 7, 2013

PAHL & McCAY
A Professional Corporation

By: /s/ Stephen Pahl
    Stephen Pahl

Attorneys for Defendants
SLINGSHOT CONNECTIONS LLC,
JANIS SONNEMAN, THEREZA
CHATTMON, AND MARITESS
PINEDA SAGON

Dated: March 7, 2013

McGuire Woods LLP

By: /s/ Michael R. Phillips
    Michael R. Phillips

Attorneys for Plaintiffs
Manpower Inc.

## ORDER

Based on the Stipulation of the Parties and good cause appearing therefore:

IT IS SO ORDERED

Dated: 3/18/2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE